United States District Court
Western District of Texas
Waco Division

| | |
|---|---|
| Jermaine Irby,<br>   Plaintiff,<br><br>v.<br><br>Christine Wormuth, Secretary, Department of the Army,<br>   Defendant. | No. 6:21-cv-01143-ADA-JCM |

### Notice Concerning Reference to United States Magistrate Judge

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, defendant United States of America, by and through undersigned counsel the United States Attorney for the Western District of Texas, hereby **declines to consent** to trial before a United States Magistrate Judge.

Dated: June 7, 2022

Respectfully submitted,

Ashley C. Hoff
United States Attorney

By:  */s/ Huiju Jeon*
Huiju Jeon
Assistant United States Attorney
New York Bar No. 5447792
U.S. Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7315 (phone)
(210) 384-7312 (fax)
huiju.jeon@usdoj.gov

**Attorneys for Defendant
United States of America**